**Dismissed and Memorandum Opinion filed April 3, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00011-CV

## IN THE INTEREST OF E.M.B AND H.A.B., CHILDREN

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2004-18320**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 20, 2013. The notice of appeal was filed December 26, 2013. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On February 25, 2014, this court ordered appellant to pay the appellate filing fee on or before March 12, 2014, or the appeal would be dismissed. Appellant has

not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.